**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

Arash Shahinpour, et al.

Plaintiff(s)

vs.   Case No.: 1:19-cv-00805-RBW

Carl C. Risch, Assistant Secretary for Consular Affairs, et al.

Defendant(s)

---

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Certificate Rule LCvR 26.1; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Civil Cover Sheet; and Complaint for Writ of Mandamus and for Declaratory Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/25/2019 at 3:15 PM, I served Patricia A. Lacina, Consul General, U.S. Consulate - Frankfurt Germany c/o The Executive Office, Office of the Legal Adviser with the Summons; Certificate Rule LCvR 26.1; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Civil Cover Sheet; and Complaint for Writ of Mandamus and for Declaratory Relief with Exhibits at 600 19th Street, NW, Suite 5.600, Washington, DC 20522 by serving Christina Heiffron, Paralegal, authorized to accept service.

Christina Heiffron is described herein as:

Gender: Female   Race/Skin: White   Age: 32   Weight: 120   Height: 5'3"   Hair: Red   Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/27/19
Executed On

Ambiko Wallace

Client Ref Number: 106165.0001.5
Job #: 1559484

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Arash Shahinpour and<br>DynaEnergetics GMBH & Co. KG<br><br>*Plaintiff(s)*<br>v.<br>Carl C. Risch, Assistant Secretary for Consular Affairs; Edward J. Ramotowski, Deputy Assistant Secretary for Visa Services, and Patricia A. Lacina, Consul General<br>*Defendant(s)* | Civil Action No. 19-cv-00805-RBW |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patricia A. Lacina, Consul General, U.S. Consulate — Frankfurt Germany,
c/o The Executive Office, Office of the Legal Adviser
600 19th Street NW.,
Suite 5.600
Washington DC 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Louis J. Rouleau, Esq.
Womble Bond Dickinson (US) LLP
1200 19th Street, N.W., Suite 500
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 03/22/2019          /s/ Elizabeth A. Fernandez

*Signature of Clerk or Deputy Clerk*